**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 342 WAL 2016
                                 :
           Respondent         :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
          v.                     :
                                 :
                                 :
JEROME BURNAM,              :
                                 :
           Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.